J. Andrew Coombs (SBN 123881)
Annie S. Wang (SBN 243027)
J. Andrew Coombs, A P. C.
517 E. Wilson Ave., Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

andy@coombspc.com
annie@coombspc.com

Attorneys for Plaintiff Nike, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Nike, Inc. | ) Case No. CV 07 5737 |
|---|---|
| Plaintiff, | ) NOTICE OF INTERESTED PARTIES |
| v. | ) |
| Mohamed Ali, an individual and d/b/a Redwood Wireless and Does 1 through 10, inclusive, | ) CIVIL LOCAL RULE 3-16(c)(1) |
| Defendants. | ) |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: November 6, 2007           J. Andrew Coombs, A Professional Corp.

                                  By: _____
                                      J. Andrew Coombs
                                      Annie S. Wang
                                  Attorney for Plaintiff, Nike, Inc.

Nike, Inc. v. Ali: Notice of Interested Parties          - 1 -