**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

January 22, 2008

RE:  CV 07-05737 JSW        NIKE INC-v- MOHAMED ALI

Default is entered as to Mohamed Ali on January 22, 2008.

RICHARD W. WIEKING, Clerk

*[signature]*

by Hilary D. Jackson
Case Systems Administrator

NDC TR-4  Rev. 3/89