1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   517 E. Wilson Ave., Suite 202
4  Glendale, California 91206
   Telephone: (818) 500-3200
5  Facsimile: (818) 500-3201

6  Attorneys for Plaintiff Nike, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| Nike, Inc., | ) Case No. CV07-05737 JSW |
|---|---|
| Plaintiff, | ) |
| v. | ) **REQUEST TO CONTINUE CASE** |
|  | ) **MANAGEMENT CONFERENCE** |
| Mohamed Ali, an individual and d/b/a Redwood Wireless and Does 1 through 10, inclusive, | ) |
| Defendants. | ) |

Plaintiff Nike, Inc. ("Plaintiff") hereby requests that the Clerk of the above-entitled Court continue the Case Management Conference currently set for February 22, 2008, at 1:30 p.m. Default was recently entered and Plaintiff is currently compiling declarations and exhibits in support of its motion for default judgment against Defendant Mohamed Ali, an individual and d/b/a Redwood Wireless ("Defendant"). Very recently, a representative for Defendant contacted Plaintiff's counsel interested in settlement. Additional time will be required for the Parties to discuss resolution of this matter in light of Defendant's default and if any such settlement is not completed, additional time will be required for Plaintiff to file its motion for default judgment.

In the interests of efficiency and conservation of resources for all Parties, Plaintiff requests

Nike v. Ali, et al.: Request to Continue CMC         - 1 -

1
2  that the Court continue the Case Management Conference to at least March 28, 2008, at 1:30 p.m. or
3  to a date thereafter acceptable to the Court, and to continue all associated dates accordingly.
4
5  DATED: February 8, 2008                    J. Andrew Coombs, A Professional Corp.

6                                             _____/s/ J. Andrew Coombs_____
7                                             By:    J. Andrew Coombs
                                                     Annie S. Wang
8                                             Attorneys for Plaintiff Nike, Inc.

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On February 8, 2008, I served on the interested parties in this action with the following:

- REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
- PROPOSED ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE

for the following civil action:

<u>Nike, Inc. v. Mohamed Ali, et al.</u>

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Mohamed Ali, an individual and d/b/a Redwood Wireless 3708 Florence St. Redwood City, California 94063 | |

Place of Mailing: Glendale, California
Executed on February 8, 2008, at Glendale, California

_____
Katrina Bartolome

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On February 8, 2008, I served on the interested parties in this action with the following:

- REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
- PROPOSED ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE

for the following civil action:

<u>Nike, Inc. v. Mohamed Ali, et al.</u>

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Mohamed Ali, an individual and d/b/a Redwood Wireless 3708 Florence St. Redwood City, California 94063 | |

Place of Mailing: Glendale, California
Executed on February 8, 2008, at Glendale, California

_____
Katrina Bartolome