J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A P. C.
517 E. Wilson Ave., Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiff Nike, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| Nike, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Mohamed Ali, an individual and d/b/a Redwood Wireless and Does 1 through 10, inclusive, <br><br> Defendants. | Case No. CV07-05737 JSW <br><br> **[PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE** <br><br> Court: Hon. Jeffrey S. White <br> Date: February 22, 2008 <br> Time: 1:30 p.m. |

On or about November 15, 2007, the Court set a Case Management Conference on February 22, 2008.

On or about January 17, 2008, Plaintiff Nike, Inc.'s ("Plaintiff") filed its request for entry of default against Defendant Mohamed Ali, an individual and d/b/a Redwood Wireless ("Defendant"). On or about January 22, 2008, the Court entered Defendant's default.

On or about February 8, 2008, Plaintiff filed its request to continue the Case Management Conference to allow it sufficient time to either file its motion for default judgment against Defendant or to resolve this matter with Defendant

In light of the request, the Case Management Conference currently on calendar for February

Nike v. Osifo: Proposed Order to Continue/Appear Telephonically   - 1 -

22, 2008, at 1:30 p.m., in Courtroom "2", Floor 17, in the city of San Francisco, State of California, is continued until _____ \_\_\_, 2008, at 1:30 p.m. and all associated dates are continued accordingly.

IT IS SO ORDERED.

Dated:

_____
Hon. Jeffrey S. White
Judge, United States District Court,
Northern District of California

Presented By:

J. Andrew Coombs, A Professional Corp.

By: \_\_/s/ J. Andrew Coombs_____
    J. Andrew Coombs
    Annie S. Wang
Attorneys for Nike, Inc.

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On February 8, 2008, I served on the interested parties in this action with the following:

- REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
  - PROPOSED ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE

for the following civil action:

<u>Nike, Inc. v. Mohamed Ali, et al.</u>

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Mohamed Ali, an individual and d/b/a Redwood Wireless 3708 Florence St. Redwood City, California 94063 | |

Place of Mailing: Glendale, California
Executed on February 8, 2008, at Glendale, California

_____
Katrina Bartolome