J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A P. C.
517 E. Wilson Ave., Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiff Nike, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| Nike, Inc., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Mohamed Ali, an individual and d/b/a Redwood ) <br> Wireless and Does 1 through 10, inclusive, ) <br> ) <br> Defendants. ) <br> ) | Case No. CV07-05737 JSW <br><br> **[PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE** <br><br> Court: Hon. Jeffrey S. White <br> Date: February 22, 2008 <br> Time: 1:30 p.m. |

On or about November 15, 2007, the Court set a Case Management Conference on February 22, 2008.

On or about January 17, 2008, Plaintiff Nike, Inc.'s ("Plaintiff") filed its request for entry of default against Defendant Mohamed Ali, an individual and d/b/a Redwood Wireless ("Defendant"). On or about January 22, 2008, the Court entered Defendant's default.

On or about February 8, 2008, Plaintiff filed its request to continue the Case Management Conference to allow it sufficient time to either file its motion for default judgment against Defendant or to resolve this matter with Defendant

In light of the request, the Case Management Conference currently on calendar for February

1   22, 2008, at 1:30 p.m., in Courtroom "2", Floor 17, in the city of San Francisco, State of California,
2   is continued until  April 11      , 2008, at 1:30 p.m. and all associated dates are continued
3   accordingly.

5   IT IS SO ORDERED.
6   Dated:   February 8, 2008

_____
Hon. Jeffrey S. White
Judge, United States District Court,
Northern District of California

10  Presented By:

11  J. Andrew Coombs, A Professional Corp.

13  By:  /s/ J. Andrew Coombs
         J. Andrew Coombs
         Annie S. Wang
14  Attorneys for Nike, Inc.